UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

NICOLAS ULLOA,

        Defendant.

Case No. 22-CR-24-JPS

**ORDER**

---

On January 8, 2021, the Government returned a Complaint charging Defendant with violating 18 United States Code Sections 2, 2113(a), (b). ECF No. 1. On January 21, 2022, the Government filed a two-count Information charging violations of 18 United States Code Sections 2, 371, and 2113(b). ECF No. 15. The parties filed a plea agreement indicating that Defendant agreed to plead guilty to both counts of the Information. ECF No. 16. Defendant subsequently filed a waiver of indictment. ECF No. 20.

The parties appeared before Magistrate Judge Nancy Joseph on February 7, 2022 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 18. Defendant entered a plea of guilty as to Counts One and Two of the Information. ECF No. 19 at 1. After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Joseph determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offense. *Id*.

Magistrate Judge Joseph filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. *Id.* Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* at 1–2. To date, no party has filed such an objection. The Court has considered Magistrate Judge Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's Report and Recommendation, ECF No. 19, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 21st day of March, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge